March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

                  ,   Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____(___) (___)

20cr558 (GBD)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___     Initial Appearance/Appointment of Counsel

___     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

___     Bail/Revocation/Detention Hearing

___     Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence

| | |
|---|---|
| /s/ Ernest Hemphill | /s/ Avraham Moskowitz |
| Defendant's Signature<br>(Judge may obtain verbal consent on Record and Sign for Defendant) | Defense Counsel's Signature |
| _____ | _____ |
| Print Defendant's Name | Print Defense Counsel's Name |

This proceeding was conducted by reliable videoconferencing technology.

_11/5/2020_____                          /s/ Stuart D. Aaron
Date                                                    U.S. Magistrate Judge